IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| CAPT. JASON SMITH, | ) | |
| MSGT. PATRICK MCKIMMIE, | ) | CV 214-124 |
| NANCY SWENSON, | ) | |
| CAPT. JOHN MCQUILLIAMS, | ) | |
| CAPT. MICHAEL CLEVELAND, | ) | |
| DEBRA GILBERTSON | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL AUTO | ) | |
| LOGISTICS, LLC | ) | |

## ORDER

Plaintiffs Capt. Jason Smith, Msgt. Patrick McKimmie, Nancy Swenson, Capt. John McQuilliams, Capt. Michael Cleveland and Debra Gilbertson, and Defendant International Auto Logistics, LLC, by and through their respective counsel, have filed a Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All claims are hereby dismissed with prejudice and the Clerk is Ordered to close this case. All parties are to bear their own attorneys' fees and costs of this action.

SO ORDERED this ___ day of October, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA